## MONTE BLACK v. STATE.

No. A-7724. Opinion Filed Dec. 6, 1930.
(293 Pac. 1119.)

Wilkinson & Wilkinson, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Stephens county on a charge of having possession of mash fit for distillation, and was sentenced to pay a fine of $300 and to serve 30 days in the county jail.

The only question raised is the sufficiency of the evidence to sustain the judgment. An examination of the record leaves no doubt as to the sufficiency of the evidence. No purpose would be served by setting out any portion of it.

The case is affirmed.